JAMES H. HOOKER, Appellant, *v.* THE CITY OF ROCHESTER
et al., Respondents.

*Hooker* v. *City of Rochester,* 57 App. Div. 530, affirmed.
(Argued November 24, 1902; decided December 9, 1902.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the fourth judicial department, entered
March 4, 1901, affirming a judgment in favor of defendants
entered upon a dismissal of the complaint by the court on
trial at Special Term.

*Eugene Van Voorhis* for appellant.

*William A. Sutherland* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, MARTIN, VANN,
CULLEN and WERNER, JJ.

---

HELENA DEUBLE, Respondent, *v.* THE GRAND LODGE OF THE
ANCIENT ORDER OF UNITED WORKMEN OF THE STATE OF
NEW YORK, Appellant.

*Deuble* v. *Grand Lodge, A. O. U. W.,* 66 App. Div 323, affirmed.
(Argued November 24, 1902; decided December 9, 1902.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the fourth judicial department, entered
November 15, 1901, affirming a judgment in favor of plaintiff
entered upon a decision of the court at a Trial Term without
a jury.

*William F. Lynn* for appellant.

*Forsyth Brothers* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, MARTIN, VANN,
CULLEN and WERNER, JJ.